

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00740-CR

Fernando **CANO-GARCIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CR000427 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on March 3, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court